1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Js-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA LOZANO,<br><br>        Plaintiff,<br><br>    vs.<br><br>SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP, and DOES 1–10,<br><br>        Defendants. | CASE NO.: 2:15-cv-04882-JFW-FFM<br><br>[Assigned to the Hon. John F. Walter]<br><br>**ORDER FOR DISMISSAL WITH PREDJUDICE**<br>[*Filed concurrently with Joint Stipulation for Dismissal*]<br><br>Complaint Filed:  June 28, 2015<br>Trial Date:      June 28, 2016 |

## [PROPOSED] ORDER FOR DISMISSAL WITH PREDJUDICE

IT IS HEREBY ORDERED that Sonia Lozano's Complaint and all Defendants be and hereby are dismissed with prejudice.

IT IS SO ORDERED.


Dated:  March 18, 2016

_____
United States District Court Judge